

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**　　　　　　　　　　　　　　　　　　　　　　　　　　312-435-5670
**Clerk**

Date: 12/05/2017

Re: Kim v. A Place For Mom, Inc.

USDC Case Number: 1:17-cv-05716

Dear Clerk:

Pursuant to the order entered by Honorable Rebecca R. Pallmeyer, on 11/06/2017, the above record was

☒　electronically transmitted to U.S. District Court for the Western District of Washington

☐　paper documents were sent via certified mail to

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　　　　　　　　Thomas G. Bruton, Clerk

　　　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Emily Wall
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

New Case No. _____　　Date _____

cc:　　Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016